**Opinion issued June 23, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00170-CV

————————————

**ANDREA FELIX, Appellant**

**V.**

**VILLAGES OF COPPERFIELD, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1058337**

---

## MEMORANDUM OPINION

Appellant, Andrea Felix, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* Tex. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (Vernon 2013), 101.0411

(Vernon Supp. 2014); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and before the Judicial Panel on Multi-district Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b).

On March 17, 2015, we notified appellant, at the address provided in her notice of appeal, that the filing fee had not been paid and her appeal could be dismissed unless she paid the fee by April 16, 2015. On April 22, 2015, we notified appellant, at the same address, that the trial court clerk had notified the Court that the clerk's record had not been filed because appellant had not paid, or made arrangements to pay for, the clerk's record, and the appeal could be dismissed unless she responded by May 22, 2015. This Court's second notice was returned, with the following marked on the envelope: "return to sender, not deliverable as addressed, unable to forward." Appellant has not paid the fees, responded to the Court's notices, or provided us with any other mailing address. *See* TEX. R. APP. P. 5, 42.3(b), (c); *cf.* TEX. R. APP. P. 9.1(b) (requiring unrepresented party to provide party's mailing address on all documents filed with court).

Accordingly, we dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

2

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.